# EXHIBIT 1

# Botani-Labs, LLC

4833 Front St. Unit B #126

Castle Rock, CO 80104

Phone: (720) 515-4274

Email: Orders@Botani-Labs.com

# INVOICE

Date: 04/28/2020

Invoice #: 042920

Payment Due: 05/05/2020

Payment Terms: WIRE

## Bill To:

IPF Sourcing, LLC

1101 Wilson Blvd, 9th Floor

Arlington VA 22209

Phone: 813.892.4954

| Name | Price | QTY | Subtotal |
|---|---|---|---|
| PPE 16 oz. 70% Alcohol Gel Hand Sanitizer (50% Deposit)<br>Hand sanitizer 16 oz. 70% Alcohol gel with pump cap.<br> | $3.75 | 1,330,000 | $4,987,500.00 |

| | |
|---|---|
| Subtotal | $4,987,500.00 |
| Discount (50%) | -$2,493,750.00 |
| **Total** | **$2,493,750.00** |

### PURCHASE TERMS

1. The use of escrow is at the sole discretion of, and will be done through a firm chosen by Botani-Labs, payment terms are stated above.
2. If escrow is not used, wires to: Chase Bank, BotaniLabs, Acct # 270836759, RTN 102001017 will be made by the due date above.
3. Buyer will supply a copy of their current sales tax exemption certificate and/or documentation to purchase product without sales tax.
   https://www.salestaxsupport.com/sales-tax-information/sales-tax-help-questions/category/sales-tax-exemptions/
4. All Sales are Final, and requests to exchange non-conforming product must be made within 72 hours after the delivery of product.
5. This agreement will be governed and construed in all respects in accordance with the laws and regulations of the State of Colorado.
6. The parties agree that any dispute or claim arising from the purchase and/or use of the product will be resolved by binding arbitration.

7. Buyer will indemnify, defend, and hold harmless Seller against any and all claims, losses, damages, expenses, and legal fees that Buyer may incur related to their failure to comply with applicable laws, rules, regulations regarding the use and sale of the product.
8. Seller hereby disclaims, and Buyer waives, any warranty, express or implied, including but not limited to fitness or merchantability.
9. This contains the entire agreement between the parties and supersedes any and all prior written or oral agreements and understandings.
10. This agreement may not be altered, amended or otherwise changed except by a formal written instrument signed by both of the parties.
11. The parties have read these terms, understand their legal and binding nature, and agree to be bound by these terms by signing below.
12. Each party represents that the individual signing on it's behalf has full authority to bind such party under these terms.

**Authorized by Buyer:**

*Anshu Arora*

Anshu Arora
IPF Sourcing, LLC
04/28/2020

**Authorized by Seller:**

*Rico Garcia*

Rico Garcia CEO
Botani-Labs, LLC
04/28/2020

**Additional Terms:** 50% Deposit Invoice the remaining 50% is due prior to pickup.

# Signature Certificate

Document Ref.: ZXKYW-ST57K-MVJL4-JIU7T

Document signed by:



**Anshu Arora**

Verified E-mail:
aarora@ipfsourcing.com

107.77.203.175    29 Apr 2020 03:09:37 UTC





**Rico Garcia**

Verified E-mail:
rico.garcia@botani-labs.com

73.95.135.48    29 Apr 2020 03:14:09 UTC



Document completed by all parties on:
29 Apr 2020 03:14:09 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

