# EXHIBIT 2

Phone: 303-534-1254  
Fax: 303-534-1255



JAMS  
410 17th Street  
Suite 2440  
Denver, CO 80202

August 23, 2020

NOTICE TO ALL PARTIES (Please See Service List)

# Appointment of Arbitrator

Case: Botani-Labs, LLC vs. IPF Sourcing, LLC  
Case ID: 26637

Dear Parties:

Norman Haglund has been appointed as Arbitrator in the above-referenced matter. Please note that no party may have *ex-parte* communications with the Arbitrator. Any necessary communication with the Arbitrator must be initiated through the case manager.

Norman Haglund shall bill as indicated in the attached fee schedule. JAMS may also reassess the case management fee based on the number of hours of service. Each party will be assessed a pro-rata share of all fees and expenses. The parties may, however, agree to apportion the hearing fees among themselves as they deem appropriate. Under appropriate circumstances, the Arbitrator may award against any party JAMS' fees and expenses. JAMS' agreement to render services is not only with the parties, but extends to the attorney or other representative of the parties in the arbitration.

I will be in contact with all parties shortly to schedule a Preliminary Arbitration Management Conference Call.

Sincerely,


Charmaine Ogren  
Case Manager  
JAMS, 410 17th Street, Suite 2440, Denver, Colorado 80202