## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00307

IPF SOURCING, LLC,

      Plaintiff/Petitioner,

v.

BOTANI-LABS, LLC

      Defendant/Respondent

_____

BOTANI-LABS, LLC

      Counter Petitioner,

v.

IPF SOURCING, LLC,

      Counter-Respondent.

_____/

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR BOTANI-LABS, LLC

      Johanna E. Sheehe, Esq. and the law firm Sheehe & Associates, P.A., respectfully moves this Court for an Order permitted them to withdraw as counsel for to Botani-Labs, LLC in the above-styled matter pursuant to D.C. COLO. LAttyR 5(b), and in support thereof, state as follows:

    1.  Johanna E. Sheehe has appeared in this case on behalf of Botani-Labs, LLC in the above-styled matter.

    2.  Withdraw is requested pursuant to D.C. COLO. LAttyR 5(b) and Rule 1.16(b) of the Colorado Rules of Professional Conduct.

1

3.   Specifically, D.C.COLO.LAttyR 5(b) permits an attorney to withdraw, with approval of the Court and provides:

> **(b) Withdrawal of Appearance.** An attorney who has filed an Entry of Appearance or an Entry of Appearance to Provide Limited Representation or has appeared otherwise in a case may seek to withdraw on motion showing good cause. Withdrawal shall be effective only on court order entered after service of the notice of withdrawal on all counsel of record, any unrepresented party, and the client of the withdrawing attorney. A motion to withdraw must state the reasons for withdrawal, unless the statement would violate the rules of professional conduct. Motions to withdraw based on the completion of the limited representation shall include a certification by counsel that the service specified in the Entry of Appearance to Provide Limited Representation is complete. Notice to the client of the attorney must include the warning that the client is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. Where the client of the withdrawing attorney is a corporation, partnership, or other legal entity, the notice shall state that such entity may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

4.   Here, undersigned counsel seeks to withdraw from counsel's appearance on behalf of Botani-Labs, LLC on the grounds that there exist irreconcilable differences between counsel and the client which constitute good cause for permissible withdrawal under Rule 1.16(b) of the Colorado Rules of Professional Conduct.

5.   Botani-Labs, LLC is responsible for complying with all Court Orders and time limitations established by the applicable statutes and rules.  Botani-Labs, LLC has the obligation to prepare for any trial or hearing scheduled or to be scheduled in this action.

6.   Botani-Labs, LLC may not appear without counsel admitted to the bar of this Court.  Absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against Botani-Labs, LLC.

7.   No party will be prejudiced by this withdrawal as the Court has entered judgment and Order of Final Judgment in this matter on September 13, 2022.  Botani-Labs, LLC has appealed this Order.  Botani-Labs, LLC will retain separate counsel to handle the pending appeal and any other matters related to the instant lawsuit.

8.   The relief sought in this motion is sought in good faith and not for the purpose of delay.

9.   A written notification in accordance with D.C. COLO. LAttyR 5(b) has been provided to Botani-Labs, LLC's via its last known email address and United States Mail.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to withdraw from providing representation to Botani-Labs, LLC pursuant to D.C.COLO.LAttyR 5(b).

### [CERTIFICATE OF CONFERRAL NOT NECESSARY PURSUANT TO D.C.COLO.LCivR 7.1(b)(4)]

DATED this 20th day of October, 2022          Respectfully submitted,

SHEEHE & ASSOCIATES, P.A.
Attorneys for Respondent/Counter Petitioner
Botani Labs, LLC
9830 Southwest 77th Avenue
Suite 215
Miami, Florida 33156
Telephone: (305) 379-3515
Facsimile: (305) 379-5404
Primary E-Mail:
jsheehe@sheeheandassociates.com
Secondary E-Mail:
E-filing@sheeheandassociates.com

BY:    JOHANNA E. SHEEHE, ESQ.
        Florida Bar Number 0119383

*/s/  Johanna E. Sheehe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20th, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document was served upon **John A. Bonello, Esq**., (jbonello@dbd-law.com), David, Brody & Dondershine, LLP, Telephone No.: 703-264-2220, 2100 Reston Parkway, Reston, Virginia 20191, either via transmission of Notices of Electronic Filing generated by CM/ECF or by E-mail and by U.S. Mail and Email on **Botani-Labs, LLC** (sr.ricogarcia@gmail.com) (rico.garcia@botani-labs.com) , 4833 Front Street Unit B 126, Castle Rock, Colorado 80704 this 20th day of October 2022.

*/s/ Johanna E. Sheehe*
ATTORNEY